kaw

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JIMMY J. SEARLES et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 06-3198-JAR |
| ) | |
| **ROGER WERHOLTZ, et al.** ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Jimmy Searles' "Journal Entry" (Doc. 46). In his "Journal Entry," plaintiff states that his correspondence with fellow plaintiffs incarcerated throughout the Kansas Department of Corrections ("KDOC") is not being mailed. He also states that Judge Sebelius granted his prior motion based on 28 C.F.R. § 540.17.[1] In Judge Sebelius' previous order, however, he did not grant plaintiff's motion; rather, Judge Sebelius denied the motion because "inmate correspondence . . . is governed by prison regulations . . . within the discretion of prison officials." Therefore, plaintiff must comply with prison procedures to correspond with other inmates throughout the KDOC.

**IT IS THEREFORE ORDERED** that plaintiff's "Journal Entry" (Doc. 46) is denied.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2008.

S/ Julie A. Robinson
**Julie A. Robinson**
**United States District Judge**

---

[1] That section provides that "[a]n inmate may be permitted to correspond with an inmate confined in any other penal or correctional institution if the other inmate is . . . a party or witness in a legal action in which both inmates are involved."