lml

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL H. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-3260-JAR |
| ) | Lead Case No. 06-3198 |
| ROGER WERHOLTZ, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| DAVID G. DELIMONT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 08-3261-JAR |
| ) | Lead Case No. 06-3198 |
| ROGER WERHOLTZ, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 19, 2010, the magistrate court issued an Order to Show Cause directing plaintiffs Michael H. Green and David G. Delimont provide the United States Marshals Service with the current location and address for each of the named Employee Defendants within thirty (30) days of the date of entry of the Order for the purpose of serving plaintiffs' Complaint. Plaintiffs were advised that failure to provide the addresses could result in dismissal of plaintiffs' complaint against the Employee Defendants pursuant to Fed. R. Civ. P. 4(m), which provides that, "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiffs have not

responded to the Order to Show Cause. Accordingly, plaintiffs' complaint is dismissed, without prejudice, with respect to Employee Defendants Drew Rohlman, Frank Dorian, Tony Lewis and (fnu) Jackson.

**IT IS SO ORDERED.**

Dated: November 15, 2010

 S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE